[No. 42392-4-I.    Division One.    August 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LEE
KRUEGER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84-3-02794-2, Joseph A. Thibodeau, J.,
entered March 19, 1998. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Agid, A.C.J., and Baker, J.

[No. 42399-1-I.    Division One.    August 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY LEE
MITCHEM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08144-7, Donald D. Haley, J., entered April
13, 1998. *Affirmed in part* and *remanded* by unpublished
per curiam opinion.

[No. 42594-3-I.    Division One.    August 23, 1999.]

HALIMAH SEIDEL, *Appellant*, v. THE ESTATE OF SETH KELLY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-28160-1, Richard D. Eadie, J., entered
April 20, 1998. *Affirmed* by unpublished opinion per Appel-
wick, J., concurred in by Agid, A.C.J., and Becker, J.

[No. 42658-3-I.    Division One.    August 23, 1999.]

PACIFIC RIM DEVELOPMENT GROUP INTERNATIONAL, INC.,
*Appellant*, v. MT. ZION HOUSING DEVELOPMENT COUNCIL,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-27880-9, Sally Phillips Pasette, J., entered
April 29, 1998. *Affirmed* by unpublished per curiam
opinion.